34796. LIBERTY MUTUAL INSURANCE COMPANY et al. v. BRAY.

ORDER OF COURT.

Upon further consideration of this case, it is ordered that the writ be dismissed as improvidently granted.

*All the Justices concur, except Jordan, Bowles and Marshall, JJ., who dissent.*

ORDERED SEPTEMBER 10, 1979.